UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL MOSES PALMER, III, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> K. HARRINGTON, Warden, ) <br> ) <br> Respondent. ) <br> ) | Case No. CV 10-2497 JFW(JC) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), petitioner's objections to the Report and Recommendation ("Objections"), and petitioner's Request for Judicial Notice. The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections. Petitioner's Request for Judicial Notice is moot as taking judicial notice of the requested matters would not alter this Court's decision.

///

1     IT IS ORDERED that the Petition is denied and this action is dismissed
2 without prejudice because it is successive, petitioner did not obtain the requisite
3 authorization from the Court of Appeals to file a successive petition, and this Court
4 lacks jurisdiction to consider it.
5     IT IS FURTHER ORDERED that the Clerk of the Court shall refer the
6 Petition to the United States Court of Appeals for the Ninth Circuit (the "Ninth
7 Circuit") pursuant to Ninth Circuit Rule 22-3(a).
8     IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order,
9 the Report and Recommendation, and the Judgment herein on petitioner and on
10 any counsel for respondent.
11     LET JUDGMENT BE ENTERED ACCORDINGLY.
12 DATED: May 18, 2010

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE