JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILL MOSES PALMER, III,                    ) Case No. CV 10-2497 JFW(JC)
                                           )
                    Petitioner,            )
                                           ) JUDGMENT
            v.                             )
                                           )
K. HARRINGTON, Warden,                     )
                                           )
                    Respondent.            )
                                           )
_____

        Pursuant to this Court's Order Adopting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

        IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person
in State Custody is denied and this action is dismissed without prejudice.


        DATED:  May 18, 2010


        _____
        HONORABLE JOHN F. WALTER
        UNITED STATES DISTRICT JUDGE